No. 1457, Misc. GLASS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. Reported below: 405 F. 2d 471.

No. 1469, Misc. FURTAK *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1498, Misc. PEEL *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Harry W. Fogle* for petitioner.

No. 1218, Misc. PYLES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Acting Assistant Attorney General Kossack,* and *Beatrice Rosenberg* for the United States.

No. 590. JAYSON ET AL. *v.* UNITED STATES, 393 U. S. 981;

No. 500, Misc. METZE *v.* NEW YORK, 393 U. S. 1091;

No. 876, Misc. JOHNSON *v.* NEW YORK ET AL., 393 U. S. 1036;

No. 1057, Misc. THERIAULT *v.* UNITED STATES, 393 U. S. 1100; and

No. 1208, Misc. VINSON *v.* EYMAN, WARDEN, ET AL., 393 U. S. 1075. Petitions for rehearing denied.

No. 11. IVANOV *v.* UNITED STATES, *ante,* p. 165. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 519. HAYUTIN *v.* UNITED STATES, 393 U. S. 961, 1045. Motion for leave to file second petition for rehearing denied.